UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
GRAY GROCERY CORP., *et. al*,

               Plaintiffs ,   REPORT AND
   RECOMMENDATION
  -against-   23 CV 6888 (DLI)(RML)

UNITED STATES OF AMERICA,

               Defendant.
--------------------------------------------------X

LEVY, United States Magistrate Judge:

       Plaintiffs Gray Grocery Corp. and Gray Disla ("plaintiffs") commenced this action by filing a complaint on September 15, 2023.  (See Complaint, dated Sept. 15, 2023, Dkt. No. 1.)  A summons was issued on September 20, 2023.

       On January 4, 2024, I ordered plaintiffs' counsel to provide a report on the status of this litigation by January 15, 2024, advising the court whether they had served a copy of the summons and complaint on the defendant within 90 days of the filing of the complaint, as required by Rule 4(m) of the Federal Rules of Civil Procedure, and if not, whether there was good cause for their failure to do so.  (See Order, dated Jan. 4, 2024.)  The order advised plaintiffs that failure to comply could result in a recommendation that this case be dismissed for failure to prosecute.  (Id.)

       To date, plaintiffs have not filed documentation of service or a status report. Absent any communication from plaintiffs, the court assumes that they have decided not to pursue their claims.  Accordingly, I respectfully recommend that this case be dismissed for lack of prosecution.

       Any objection to this Report and Recommendation must be filed with the Clerk of the Court, with a courtesy copy to the Honorable Dora L. Irizarry, United States District Judge,

within fourteen (14) days.  Failure to file objections in a timely manner may waive a right to appeal the district court's order.  See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(d), 72.

Respectfully submitted,

/s/
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
      February 15, 2024